UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RONNIE LYLES, individually and dba DOUGLAS FORREST FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee for Certificateholders of BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2006-AC1,<br><br>Defendant. | Case No. 8:19-cv-01615-JLS-ADS<br><br><br><br>**JUDGMENT** |

On November 18, 2019, the Court granted, with prejudice, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2006-AC1's ("U.S. BANK") Motion to Dismiss. Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is dismissed in its entirety and that a Judgment of Dismissal be entered in favor of U.S. BANK and against Plaintiff. Plaintiff is awarded nothing in this action against U.S. BANK.

Dated: November 27, 2019

_____
Hon. Josephine L. Staton
United States District Judge

1